IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-01474-LTB-MEH

CAROL KRECK,

       Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipality,
POLICE OFFICER MATTHEW CANINO, in his official and individual capacities,

       Defendants.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendants' Unopposed Motion to Stay Discovery until determination of Defendants' Motion to Dismiss (Doc 4 - filed August 24, 2010) is **GRANTED**.

Dated: August 25, 2010
_____